1   MORGAN, LEWIS & BOCKIUS LLP
    DAVID E. WEISS, State Bar No. 148147
2   One Market, Spear Street Tower
    San Francisco, CA 94105-1126
3   Tel: 415.442.1000
    Fax: 415.442.1001
4   E-mail: dweiss@morganlewis.com

5   Attorneys for Plaintiff
    MEDICAL INSURANCE EXCHANGE OF
6   CALIFORNIA

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  MEDICAL INSURANCE EXCHANGE          Case No. C05-2614 MJJ
    OF CALIFORNIA,
13                                       NOTICE OF DISMISSAL PURSUANT TO
                 Plaintiff,              RULE 41(A)
14
         vs.
15
    CERTAIN UNDERWRITERS AT
16  LLOYD'S, LONDON, et al.,

17               Defendants.

18

19          Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Medical Insurance Exchange

20  of California submits this notice of dismissal of case No. C05-2614 MJJ, without prejudice. The

21  purpose of this notice of dismissal is to allow the dispute between the parties to be resolved by the

22  Court under case number 05-02-609 PJH, which involves the same parties and the same issues.

23  The creation of two case numbers was inadvertent, resulting from multiple notices of removal

24  having been filed by the defendants.

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO       1-SF/7308213.1

1

Dated: October _27_, 2005

MORGAN, LEWIS & BOCKIUS LLP
DAVID E. WEISS

2

3

4

By _____

David E. Weiss
Attorneys for Plaintiff
MEDICAL INSURANCE EXCHANGE
OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

**IT IS SO ORDERED**

18

19

20

**MARTIN J. JENKINS**
**UNITED STATES DISTRICT JUDGE**

21

22

**DATE**

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7308213.1

2

NOTICE OF DISMISSAL PURSUANT TO
RULE 41(A) (C05-2615 MJJ)